# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00510-CV

**Appellants, Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr.,
W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and Holly Clause//Cross-Appellant,
Tracy D. Strandhagen**

v.

**Appellee, Tracy D. Strandhagen//Cross-Appellees, Noah S. Bunker, Paul Carrell,
Everett Brew Houston, Jr., W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and
Holly Clause**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-13-002811, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Cross-appellant Tracy D. Strandhagen has filed an unopposed motion to dismiss her cross-appeal. We grant the motion and dismiss the cross-appeal. *See* Tex. R. App. P. 42.1(a). The appeal filed by appellants Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr., W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and Holly Clause will continue. We have amended the style of the case to reflect: *Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr., W. Andrew Buccholz, Scott J. Leighty, Jad L. Davis, and Holly Clause, Appellants v. Tracy D. Strandhagen, Appellee.*

It is so ordered November 18, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin